HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
MATTHEW J. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MATTHEW J. WILLIAMS,<br><br>   Defendant. | Case No. 6:18-PO-00484-JPD<br><br>**REQUEST FOR VIDEO CONFERENCE APPEARANCE AT HEARING CHANGE OF PLEA HEARING; ORDER**<br><br>Date: February 5, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED between the parties through their respective counsel, SUSAN ST. VINCENT, Legal Officer and TIMOTHY ZINDEL, Assistant Federal Defender, attorney for MATTHEW J. WILLIAMS, that the change of plea and sentencing hearing be held via video conferenced through the Federal Courthouse in San Diego, California. The defendant has been directed to be at the San Diego Federal Courthouse located at 333 West Broadway, San Diego, CA 92101 on February 5, 2014 at 10:00 a.m., in order to appear by video conference.

DATED: February 1, 2019                             Respectfully submitted,

                                                           HEATHER WILLIAMS
                                                            Federal Defender

                                                           /s /Timothy Zindel
                                                           TIMOTHY ZINDEL
                                                           Assistant to the Federal Defender
                                                           Attorneys for Defendant
                                                           MATTHEW J. WILLIAMS

Dated: February 1, 2019

                    */s/ Timothy Zindel  for*
                    SUSAN ST. VINCENT
                    Legal Officer

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, Mr. Williams may appear by video conference for his February 5, 2019 plea and sentence.

IT IS SO ORDERED.

Dated:   February 1, 2019

UNITED STATES MAGISTRATE JUDGE