HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
MATTHEW J. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:18-PO-00484-JPD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **REQUEST FOR VIDEO CONFERENCE APPEARANCE AT HEARING CHANGE OF PLEA HEARING; ORDER** |
| MATTHEW J. WILLIAMS, | ) | Date: April 16, 2019 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED between the parties through their respective counsel, SUSAN ST. VINCENT, Legal Officer and TIMOTHY ZINDEL, Assistant Federal Defender, attorney for MATTHEW J. WILLIAMS, that the change of plea and sentencing hearing be held via video conferenced through the Federal Courthouse in San Diego, California. The defendant has been directed to be at the San Diego Federal Courthouse located at 333 West Broadway, San Diego, CA 92101 on April 16, 2019 at 10:00 a.m., in order to appear by video conference.

DATED: April 2, 2019                    Respectfully submitted,

                                        HEATHER WILLIAMS
                                        Federal Defender

                                        /s /Timothy Zindel
                                        TIMOTHY ZINDEL
                                        Assistant to the Federal Defender
                                        Attorneys for Defendant
                                        MATTHEW J. WILLIAMS

Dated: April 2, 2019

-1-

*/s/ Timothy Zindel  for*
SUSAN ST. VINCENT
Legal Officer

**ORDER**

IT IS SO ORDERED.


IT IS SO ORDERED.


Dated:   April 2, 2019

_____
UNITED STATES MAGISTRATE JUDGE