Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>MATTHEW J. WILLIAMS,<br><br>Defendant. | Docket Number: 6:18-po-00484-JDP<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for March 24, 2020. The Defendant is in agreement with this request. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on April 6, 2019.

.

Dated: March 2, 2020　　　　　　　　　/S/ Susan St. Vincent
　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　Legal Officer
　　　　　　　　　　　　　　　　　　　Yosemite National Park

1

ORDER

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the review hearing scheduled for March 24, 2020 in the above-referenced matter, *United States v. Williams, 6:18-po-00484-JDP*, be vacated.

IT IS SO ORDERED.

Dated:   March 2, 2020

UNITED STATES MAGISTRATE JUDGE